CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Clayton Line Wilhite**<br>DOB: 2003; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07795MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 4, 2025, in the District of Arizona, **Clayton Line Wilhite**, knowing and in reckless disregard of the fact that a certain illegal aliens, to include Camilo Lucas-Angel, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 4, 2025, in the District of Arizona (Three Points), at approximately 12:00 p.m., Border Patrol Agents (BPAs) were notified that a silver Range Rover had failed to yield at the State Route (SR) 286 immigration checkpoint at a high rate of speed northbound. Multiple BPAs responded to the area along with a Customs and Border Protection air asset (TROY 154) who was able to gain and maintain visual of the vehicle, providing updates as to its location to responding BPAs. A BPA located near mile marker 43 on SR 286 was able to successfully deploy a Vehicle Immobilization Device (VID) and the vehicle continued northbound. Other BPAs then observed the vehicle turn eastbound onto SR 86 and noticed the vehicles tires were still inflated. BPAs began following the vehicle eastbound and began following it at a safe distance due to the high rate of speed. TROY 154 then reported the vehicle had struck a silver sedan from behind at a high rate of speed and was pulling over near mile marker 154 on SR 86. BPAs approached mile marker 154 and observed the two passenger side doors slowly open and two subjects exit and flee about 20 feet on the shoulder of the roadway. BPAs instructed the two subjects to get down on the ground to which they complied. BPAs then focused on the driver of the vehicle, later identified as **Clayton Line WILHITE**, who had remained in the vehicle with his hands on the steering wheel. BPAs took all three subjects into custody and performed an immigration inspection where they determined the two passengers, to include Camilo Lucas-Angel, to be citizens of Mexico, illegally present in the United States. Records checks revealed that Camilo Lucas-Angel does not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Camilo Lucas-Angel stated he is a citizen of Mexico, and he was charged $12,000 to be smuggled into the United States. He illegally crossed into the United States with a guide, and they walked for approximately two hours until they reached an abandoned house where he was instructed to wait for the load vehicle.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Camilo Lucas-Angel

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x || 
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline M. Rateau* | DATE<br>May 5, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.** 25-07795MJ

He was told to wait for a grey vehicle that would be stopping next to the house and the guide then returned to Mexico. He waited approximately two hours until a grey SUV arrived, and he entered the back seat of the vehicle where the driver motioned to him in agreement before leaving. They then stopped next to another house, which was near the same area, and the driver picked up a second subject. As they reached the checkpoint, the driver signaled with hand gestures to lay low. He then felt the vehicle come to a stop and someone knock on the door when the driver then said, "Shit", and took off at a high rate of speed. He observed the driver swerve a vehicle deflation device to avoid his tires being punctured and once on the main highway, the driver continued at a high rate of speed until he crashed. He stated both passengers exited the vehicle and turned themselves into Border Patrol.